## CERTIFICATE OF SERVICE

    I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Astrazeneca LP
1800 Concord Pike
Wilmington, DE 19850

Astrazeneca LP
Attn: Christie Bloomquist, VP
Corporate Affairs, North America
1800 Concord Pike
Wilmington, DE 19850

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
AstraZeneca LP
Attn: Rudd Dobber, Executive VP
One Medimmune Way
Gaithersburg, MD 20878

The Corporation Trust Company,
R/A for Astrazeneca LP
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

    I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Date | February 4, 2022 | Signature | /s/ Gini L. Downing |
| | Print Name: | | Gini L. Downing<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor |
| | Business Address: | | Los Angeles, CA 90067 |

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   AstraZeneca LP
   Attn: Rudd Dobber, Executive VP
   One Medimmune Way
   Gaithersburg, MD 20878

   9590 9402 3367 7227 2946 57

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 9719

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Phung*  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Phung
C. Date of Delivery: 02-09-2022

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type:
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Corporation Trust Company,
   R/A Astrazeneca LP
   Corporation Trust Center
   1209 Orange St
   Wilmington, DE 19801

   9590 9402 3367 7227 2946 40

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 9702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   FEB 0 8 2022
   CT CORPORATION

3. Service Type:
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt