Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>  Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>  Plaintiff,<br>v.<br><br>ASTRAZENECA LP,<br><br>  Defendant. | Adv. Proc. No. 22-02008 (PRW) |

**FOURTH STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc. ("Debtor"), and defendant, Astrazeneca LP, ("Defendant" and, together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendant was served with the Summons and Complaint; and

WHEREAS, on February 22, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendant to answer the Complaint was extended through and including April 15, 2022.  The First Stipulation was approved by order entered February 23, 2022.

WHEREAS, on April 13, 2022, the Parties entered into a stipulation (the "Second Stipulation") by which the time required for Defendant to answer the Complaint was further extended through and including July 15, 2022.  The Second Stipulation was approved by order entered April 14, 2022.

WHEREAS, on June 1, 2022, the Parties entered into a stipulation (the "Third Stipulation") by which the time required for Defendant to answer the Complaint was further extended through and including September 30, 2022.  The Third Stipulation was approved by order entered June 2, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1.The Parties continue to negotiate and exchange information and have agreed, subject to Court approval, to further extend the time for the Defendant to answer the Complaint to and including October 28, 2022.

[*Remainder of Page Intentionally Left Blank*]

2.  All other terms set forth in the First Stipulation, Second Stipulation and Third Stipulation remain in full force and effect.

Dated: August 22, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: bsandler@pszjlaw.com
ischarf@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: August 22, 2022

HARRIS BEACH PLLC

*/s/ Brian D. Roy*
Brian D. Roy (NY Bar No. 4981825)
333 West Washington Street, Suite 200
Syracuse, NY 13202
Telephone: (315) 214-2052
Email: broy@harrisbeach.com

*Counsel to Defendant Astrazeneca, LP*

SO ORDERED:

DATED: _____, 2022
    Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge