Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
Bradford J. Sandler (NY Bar No. 4499877)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ROCHESTER DRUG CO-OPERATIVE, INC. | Case No. 20-20230 (PRW) |
| Debtor. | |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST, | Adv. Proc. No. 22-02008 (PRW) |
| Plaintiff, | |
| v. | |
| ASTRAZENECA LP, | |
| Defendant. | |

<u>**PLAINTIFF'S STATUS REPORT**</u>

Advisory Trust Group, LLC, in its capacity as trustee of the RDC Liquidating Trust,

hereby submits this status report pursuant to the *Case Management Order*, entered September 7,

2023 [Adv. Docket No. 25].

This adversary proceeding is set for mediation on December 6, 2023.

Dated: September 15, 2023

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ Jason S. Pomerantz_
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: jspomerantz@pszjlaw.com

_Counsel to Plaintiff RDC Liquidating Trust_