Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
Bradford J. Sandler (NY Bar No. 4499877)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>                Plaintiff,<br>   v.<br><br>ASTRAZENECA LP,<br><br>               Defendant. | Adv. Proc. No. 22-02008 (PRW) |

## PLAINTIFF'S SECOND STATUS REPORT

Advisory Trust Group, LLC, in its capacity as trustee of the RDC Liquidating Trust, hereby submits this second status report pursuant to the *Case Management Order*, entered September 7, 2023 [Adv. Docket No. 25].

The mediation of this matter occurred on December 6, 2023. A settlement was not achieved. However, the mediator has not concluded the mediation. She is keeping the mediation open so the parties can gather and exchange certain documents. Following the exchange of such

documents, the parties and the mediator have agreed to continue the mediation in person in New York.

Dated: December 14, 2023

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jason S. Pomerantz*
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

LA:4871-8272-2455.2 75015.003
2
Case 2-22-02008-PRW, Doc 27, Filed 12/14/23, Entered 12/14/23 16:22:44,
Description: Main Document , Page 2 of 2