# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 4/28/2025 |
| Case: 2–22–02008–PRW | Form ID: cmotele3 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Brian Roy     broy@harrisbeachmurtha.com
aty     Ilan D Scharf     ischarf@pszjlaw.com
aty     Jason S Pomerantz     jspomerantz@pszjlaw.com

                                                                                                         TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
smg     Office of the U.S. Trustee     100 State Street, Room 6090     Rochester, NY 14614

                                                                                                         TOTAL: 1