Ilan D. Scharf
Jason S. Pomerantz
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>      Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>      Plaintiff,<br> v.<br><br>ASTRAZENECA LP,<br><br>      Defendant. | Adv. Proc. No. 22-02008 (PRW) |

## PLAINTIFF'S FIFTH STATUS REPORT AND RESPONSE TO CASE MANAGEMENT ORDER AND ORDER TO SHOW CAUSE

Advisory Trust Group, LLC, in its capacity as trustee of the RDC Liquidating Trust, hereby submits this Fifth Status Report pursuant to the *Case Management Order*, entered April 14, 2025 [Adv. Docket No. 35] and response to the *Order to Show Cause*, entered April 28, 2025 [Adv. Docket No. 36], as follows:

Plaintiff's undersigned counsel learned of the Case Management Order and Order to Show Cause on May 8, 2025 after the hearing. Plaintiff's counsel apologizes to the Court for not responding to the Orders. It was an unintentional oversight, as Plaintiff's counsel has been focused on the continued mediation in this matter, currently set for June 17.

The initial mediation of this matter commenced and is continuing. The continued mediation was set in September, 2024, and was continued due to the mediator's conflict. The mediation was then set in April, 2025, and again rescheduled to the Defendant's representative suddenly having to be with a family member in the hospital.

Over the past months the parties have continued to speak with the mediator about various legal and factual issues, exchange positions through same, and the continued mediation is set for June 17. Shortly thereafter, the parties will inform the Court whether the matter was resolved at the mediation.

Dated: May 8, 2025

Respectfully submitted,
PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jason S. Pomerantz*
Jason S. Pomerantz (CA Bar No. 157216)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*