Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
Bradford J. Sandler (NY Bar No. 4499877)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>        Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC<br>LIQUIDATING TRUST,<br><br>               Plaintiff,<br><br>   v.<br><br>ASTRAZENECA LP,<br><br>           Defendant. | Adv. Proc. No. 22-02008 (PRW) |

<u>**CERTIFICATE OF SERVICE**</u>

On May 8, 2025, I caused to be served true and correct copies of the *Plaintiff's Fifth Status Report and Response to Case Management Order and Order to Show Cause* [Docket No. 41] on defendant as follows:

By email as follows:

Counsel to Defendant Astrazeneca LP
Lee E. Woodard, Esq.
Brian D. Roy, Esq.
Harris Beach PLLC
333 W. Washington St., Suite 200
Syracuse, NY 13202
**Email: *bkemail@harrisbeach.com***

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 8th day of May, 2025, at Los Angeles, California.

*/s/ Nancy H. Brown*
Nancy H. Brown