Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: ischarf@pszjlaw.com
       jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>              Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>              Plaintiff,<br>   v.<br><br>ASTRAZENECA LP,<br><br>             Defendant. | Adv. Proc. No. 22-02008 (PRW) |

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the New York office of Pachulski Stang Ziehl & Jones LLP, counsel to the RDC Liquidating Trust, has relocated. Notices and pleadings given or filed in the above-captioned case should now be given and served upon each of the following listed below:

Ilan D. Scharf, Esq.
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: ischarf@pszjlaw.com
Email: jspomerantz@pszjlaw.com


Dated: May 13, 2025	PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email: ischarf@pszjlaw.com
Email: jspomerantz@pszjlaw.com

*Counsel to the RDC Liquidating Trust*