Ilan D. Scharf
Jason S. Pomerantz
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>                Plaintiff,<br>   v.<br><br>ASTRAZENECA LP,<br><br>               Defendant. | Adv. Proc. No. 22-02008 (PRW) |

**PLAINTIFF'S SIXTH STATUS REPORT**

Advisory Trust Group, LLC, in its capacity as trustee of the RDC Liquidating Trust (the "<u>Trustee</u>"), hereby submits this Sixth Status Report in connection with the Order to Show Cause, presently set for hearing June 26, 2025 at 11:00 a.m. ET, as follows:

The mediation of this matter commenced and is continuing. The continued mediation in this matter had to be rescheduled due to the mediator's sudden conflict, and then again due to the Defendant's representative having to be with a family member in the hospital. The mediation

LA:4903-0577-7998.2 75015.003

was rescheduled to June 17, 2025, however, Jason Pomerantz, counsel to the Trustee, tested positive for Covid two days prior, thereby necessitating a further continuance of the mediation. The continued mediation is set for July 23, 2025.

Over the past months the parties have continued to speak with the mediator about various legal and factual issues, exchange positions through same, and believe the matter is in a good posture to promote settlement at the July 23 mediation. Shortly after the July 23 mediation, the parties will inform the Court whether the matter was resolved at the mediation.

Dated: June 16, 2025

Respectfully submitted,
PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jason S. Pomerantz*
Jason S. Pomerantz (CA Bar No. 157216)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*