Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
Bradford J. Sandler (NY Bar No. 4499877)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>     Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>     Plaintiff,<br> v.<br><br>ASTRAZENECA LP,<br><br>     Defendant. | Adv. Proc. No. 22-02008 (PRW) |

## CERTIFICATE OF SERVICE

On June 16, 2025, I caused to be served true and correct copies of the *Plaintiff's Sixth Status Report* [Docket No. 44] on defendant as follows:

By email as follows:

 Counsel to Defendant Astrazeneca LP
 Lee E. Woodard, Esq.
 Brian D. Roy, Esq.
 Harris Beach PLLC
 333 W. Washington St., Suite 200
 Syracuse, NY 13202
 **Email: *bkemail@harrisbeach.com***

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 16th day of June, 2025, at Los Angeles, California.

                                                   */s/ Nancy H. Brown*
                                                         Nancy H. Brown