Ilan D. Scharf
Jason S. Pomerantz
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>ASTRAZENECA LP,<br><br>　　　　　　　　　Defendant. | Adv. Proc. No. 22-02008 (PRW) |

**PLAINTIFF'S SEVENTH STATUS REPORT**

Advisory Trust Group, LLC, in its capacity as trustee of the RDC Liquidating Trust (the "Trustee"), hereby submits this Seventh Status Report as follows:

The mediation of this matter commenced and is continuing. The continued mediation in this matter was set for July 23, 2025. However, Defendant's representative recently gave notice that she is leaving the company and will not be employed by AstraZeneca on July 23, 2025. Defendant's counsel learned that there is no manager or other employee of Defendant with

knowledge of this matter who could appear on July 23, 2025 and the replacement for the representative who left the company will take some time to get up to speed on the matter.

Based on these circumstances and the availability of the mediator, the continued mediation is set for mid-November, subject to the availability of Defendant's new representative, who is expected to be in place in the next week.

Shortly after the mediation concludes, the parties will inform the Court whether the matter was resolved.

Dated: July 18, 2025

Respectfully submitted,
PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jason S. Pomerantz*
Jason S. Pomerantz (CA Bar No. 157216)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*