Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
Bradford J. Sandler (NY Bar No. 4499877)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>       Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>       Plaintiff,<br> v.<br><br>ASTRAZENECA LP,<br><br>       Defendant. | Adv. Proc. No. 22-02008 (PRW) |

**CERTIFICATE OF SERVICE**

On July 18, 2025, I caused to be served true and correct copies of the *Plaintiff's Seventh Status Report* [Docket No. 47] on defendant as follows:

By email as follows:

  Counsel to Defendant Astrazeneca LP
  Lee E. Woodard, Esq.
  Brian D. Roy, Esq.
  Harris Beach PLLC
  333 W. Washington St., Suite 200
  Syracuse, NY 13202
  **Email: bkemail@harrisbeach.com**

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 18th day of July, 2025, at Los Angeles, California.

*/s/ Nancy H. Brown*
Nancy H. Brown