Ilan D. Scharf
Jason S. Pomerantz
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>ASTRAZENECA LP,<br><br>Defendant. | Adv. Proc. No. 22-02008 (PRW) |

**PLAINTIFF'S EIGHTH STATUS REPORT**

Advisory Trust Group, LLC, in its capacity as trustee of the RDC Liquidating Trust, hereby submits this Eighth Status Report as follows:

A continued mediation in this adversary was scheduled for November 19, 2025. Prior to the continued mediation, with the assistance of the mediator, the parties have been able to reach a settlement. The settlement is being documented and, once the settlement has been finalized, the

parties will file a stipulation for dismissal with this Court.

Dated: November 6, 2025

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jason S. Pomerantz*
Jason S. Pomerantz (CA Bar No. 157216)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*