Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>ASTRAZENECA LP,<br>Defendant. | Adv. Proc. No. 22-02008 (PRW) |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the RDC Liquidating Trust, and defendant AstraZeneca Pharmaceuticals LP, sued as Astrazeneca LP (together, the "**Parties**"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this

adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

Dated: December 10, 2025

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Jason S. Pomerantz
---
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: ischarf@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: December 10, 2025

HARRIS BEACH MURTHA CULLINA PLLC

/s/ Brian D. Roy
---
Brian D. Roy (NY Bar No. 518479)
333 W. Washington St., Suite 200
Syracuse, NY 13202
Telephone: (315) 423-7100
Email: broy@harrisbeachmurtha.com

*Counsel to Defendant AstraZeneca Pharmaceuticals LP, sued as Astrazeneca LP*

SO ORDERED

DATED: Dec 11, 2025
Rochester, New York

HON. PAUL R. WARREN
United States Bankruptcy Judge

The Clerk of Court is directed to close this Adversary Proceeding immediately. PW

2

LA:4899-9387-5840.2 75015.003

Case 2-22-02008-PRW, Doc 51, Filed 12/10/25, Entered 12/10/25 14:21:12, Description: Main Document, Page 2 of 2
Case 2-22-02008-PRW, Doc 52, Filed 12/11/25, Entered 12/11/25 11:47:51, Description: Main Document, Page 2 of 2