# Notice Recipients

District/Off: 0209–2　　　　　User: admin　　　　　Date Created: 12/11/2025
Case: 2–22–02008–PRW　　　　Form ID: pdforder　　　Total: 3

**Recipients of Notice of Electronic Filing:**
aty　　　Brian Roy　　　broy@harrisbeachmurtha.com
aty　　　Ilan D Scharf　　ischarf@pszjlaw.com
aty　　　Jason S Pomerantz　　jspomerantz@pszjlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3