## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 2–20–20230–PRW |
| Rochester Drug Cooperative, Inc. | Chapter: 11 |
| Debtor(s) | |

| | |
|---|---|
| Advisory Trust Group, LLC | A.P. No.: 2–22–02008–PRW |
| as trustee of the RDC Liquidating Trust | |
| Plaintiff(s) | |
| v. | |
| ASTRAZENECA LP | |
| Defendant(s) | |

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **December 11, 2025**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #52:    Order Granting Stipulation to Dismiss Adversary Proceeding (RE: related doc(s) 51 Motion to Dismiss Adversary Proceeding). Signed on 12/11/2025. NOTICE OF ENTRY. (SMP)

Date: December 11, 2025                Lisa Bertino Beaser
                                       Clerk of Court

Form ntcentry/Doc 52
www.nywb.uscourts.gov