# Notice Recipients

District/Off: 0209–2  User: admin  Date Created: 12/11/2025
Case: 2–22–02008–PRW  Form ID: ntcentry  Total: 3

**Recipients of Notice of Electronic Filing:**
aty   Brian Roy           broy@harrisbeachmurtha.com
aty   Ilan D Scharf       ischarf@pszjlaw.com
aty   Jason S Pomerantz   jspomerantz@pszjlaw.com

TOTAL: 3